REC'D
MAY 3 0 2007
CHAMBERS OF
LEONARD B. SAND

# MICHAEL S. KIMM
LAWYER

190 MOORE STREET, SUITE 272
HACKENSACK, NEW JERSEY 07601

TELEPHONE (201) 342-3377
FACSIMILE (201) 342-0555

PLEASE WRITE TO HACKENSACK
email kimmlaw@msn.com

185 GREAT NECK ROAD, SUITE 330
GREAT NECK, NEW YORK 11021

TELEPHONE (516) 829-9660

May 24, 2007

Hon. Leonard B. Sand, USDJ
United States District Court
500 Pearl Street, Room 1650
York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-07

Re:   Kay Park v. Sang Soo Park, et al., 07-CIV-2872 (LBS)

Dear Judge Sand:

I represent the plaintiffs in this diversity suit for conversion of trust funds against and Korean bank and its officer who is also a brother of the lead plaintiff's husband.

On May 9, 2007, the Court issued a notice of pretrial conference on June 28, 2007, at 9:45 AM, and I write to request that this date be changed to a later date.

Because all of the plaintiffs are domiciliaries of Korea, they are being served under the Hague Convention, after the summons and complaint are translated into Korean. Because the service will be made through the respective Embassies of the U.S. and Korean government, the process will take months. I do not expect any defendants to have appeared in this case by June 28.

Thank you for your consideration.

Respectfully,

Michael S. Kimm

MSK:la

Endorsement

The Pre Trial Conference date is adjourned. Plaintiffs to advise the Court when all parties have been served.

So ordered

5/30/07   Sand USDJ