UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMM LAW FIRM
MICHAEL KIMM (MK-4476)
412 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: (201) 342-3377
*Attorney for Plaintiffs*

----------------------------------------------x
KAY PARK, as Executrix of the Estate :
of James Park, and YUNA PARK,       :
                                     :      07 Civ. 2872 (LBS)
        Plaintiffs,                  :
                                     :
    v.                               :
                                     :
SANG SOO PARK, SUN MI LEE,          :
KOOKMIN BANK KOREA,                 :
and John Does 1 through 3,          :
                                     :      **Notice of change of plaintiffs'**
        Defendants.                  :      **attorney's address**
----------------------------------------------x

    Please take notice that plaintiffs' counsel's address has changed effective November 1, 2007, as follows:

| | |
|---|---|
| Previous: | 190 Moore Street, Suite 272 |
|  | Hackensack, NJ 07601 |
| New: | Kimm Law Firm |
|  | 41 Bancker Street |
|  | Englewood, NJ 07631 |

Dated: November 11, 2007        **/s/ Michael S. Kimm**