UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMM LAW FIRM
MICHAEL KIMM (MK-4476)
412 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: (201) 342-3377
*Attorney for Plaintiffs*

-------------------------------------------------x
KAY PARK, as Executrix of the Estate :
of James Park, and YUNA PARK,   :
                                :
                    Plaintiffs,  :      07 Civ. 2872 (LBS)
                                :
                v.          :
                                :
SANG SOO PARK, SUN MI LEE,      :
KOOKMIN BANK KOREA,             :
and John Does 1 through 3,      :
                                :      **Notice of voluntary dismissal**
                Defendants.  :
-------------------------------------------------x

     Please take notice that the complaint is hereby voluntarily withdrawn by plaintiff.

Dated: November 11, 2007                    **/s/ Michael S. Kimm**