UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMM LAW FIRM
MICHAEL KIMM (MK-4476)
412 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: (201) 342-3377
*Attorney for Plaintiffs*

------------------------------------------------x
KAY PARK, as Executrix of the Estate :
of James Park, and YUNA PARK,     :
                                  :
           Plaintiffs,            :
                                  :
        v.                        :
                                  :
SANG SOO PARK, SUN MI LEE,        :
KOOKMIN BANK KOREA,               :
and John Does 1 through 3,        :
                                  :
           Defendants.            :
-------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07
```

07 Civ. 2872 (LBS)

**Notice of voluntary dismissal**

Please take notice that the complaint is hereby voluntarily withdrawn by plaintiff.

Dated: November 11, 2007                    /s/ Michael S. Kimm

So ordered
/s/ Sand
USDJ
11/19/07